# **EXHIBIT A**



iConn Inc
8909 Irvine Center Drive
Irvine CA 92618
United States

# Purchase Order
#### #29220
**PO Date:** 4/9/2021

**Vendor**
Moti Hershkowitz
AMCM Glove LLC
143 Division Avenue
Brooklyn NY 11211
United States

**Ship To**
Nini Hoang
iConn Inc.
8909 Irvine Center Drive
Irvine CA 92618
United States

| Shipping Terms | Payment Terms | Purchasing Agent |
|---|---|---|
|  | ACH Upon Inspection | Nini Hoang |

| iConn P/N | Vendor P/N | Units | Quantity | Rate | Amount |
|---|---|---|---|---|---|
| **MedCare Gloves**<br>Nitrile Gloves<br>100 pieces per box |  | each | 1,000,000 | $11.50 | $11,500,000.00 |

|  | Total | $11,500,000.00 |
|---|---|---|

**Los Angeles, CA**
**Wire**
**Subject to formal PSA**
**iConn contact: Turker Hidirlar 949.632.8681**
**Mixed sizes: To be determined. Preferred: 10% Small, 40% Medium, 40% Large, 10% XL**

**SOP**
**• PO from IConn**
**• PO acknowledgment from the seller to Iconn.**
**• SGS prior to pay**
**• iConn inspects the product at the warehouse.**
**• iConn funds after inspection.**
**• Release funds after inspection and acceptance.**

**iConn Corporate Attorney: Ismail Amin**
**Tel: +1 702 758 9404**
**Email: iamin@talglaw.com**
**The Amin Law Group, LTD 2211 Michelson Drive Suite 1270**

*- All invoices shall be emailed to* **accounting@iconntechnologies.com**
*- Invoices not sent to this address may not be processed in a timely manner.*
*- Certificate of Compliance must be provided on every shipment along with the packing list.*
*- iConn PO number and manufacturers part number must be clearly listed on every Carrier label for any shipment being shipped against iConn's designated carrier.*
*- Any manufacturing defects being found from shipment must be replaced immediately at suppliers' cost.*

**iConn,** *A Thinking Organization … Delivering Value Solutions*
*Phone:  (949) 503-0193 Fax: (949) 298-7716  www.iconn-ems.com*